# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TINA NGUYEN CRUZ,<br><br>    Plaintiff<br><br>v.<br><br>KATE SPADE & COMPANY, LLC,[1]<br><br>    Defendant | Case No.: 2:19-cv-00952-APG-BNW<br><br>**Order Dismissing Case Without Prejudice** |

Plaintiff Tina Nguyen Cruz filed this putative class action against Kate Spade & Company, LLC for inducing consumers into purchasing outlet merchandise with purported illusory reference prices.  On September 30, 2020, I granted Kate Spade's motion to dismiss because Cruz's complaint failed to meet the heightened pleading standard for fraud claims, and her unjust enrichment claim was barred. ECF No. 45.  I allowed Cruz to file an amended complaint by October 21, 2020. *Id.* at 10.  I noted that if she did not file an amended complaint by that date, the case would be closed. *Id.*  Cruz did not file an amended complaint by the deadline.

I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 2nd day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Kate Spade & Company, LCC no longer exists and that Tapestry, Inc. is its successor. ECF No.43 at 1 n.1.